

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-23-00187-CV |
| G.A., J.A., A.S., J.S., And J.S., | § | Appeal from the |
| Children. | § | 65th Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2021DCM6989) |

## <u>MEMORANDUM OPINION</u>

Pending before the Court are three motions to dismiss this appeal of a final judgment terminating the parental rights to minor children, G.A., J.A., A.S., J.S., and J.S. Appellant J.M. filed his motion to dismiss on September 6, 2023, while Appellant M.A. and Appellant A.S. filed their separate motions to dismiss on October 19, 2023.

In each motion, appellants individually state they no longer wish to pursue their appeal. *See* TEX. R. APP. P. 42.1(a)(1) (the Court may dismiss an appeal in accordance with a motion of appellant). Accordingly, as we have not yet issued an opinion in this case, we grant each parties' motion and dismiss each appeal pursuant to TEX. R. APP. P. 42.1(a)(1).

GINA M. PALAFOX, Justice

October 25, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.